# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

Civil Action No: 4:19-cv-00964-RBH

| | |
|---|---|
| **LYNN L. TAVENNER, TRUSTEE**<br><br>    **Plaintiff**<br><br>, v.<br><br>**HAINING HOME CRAFT FURNITURE, CO. LTD.,**<br><br>    **Defendant.** | |

## ORDER

THIS MATTER came before the Court on Motion of Plaintiff Lynn L. Tavenner, by and through its assignee, Tannor Partners Credit Fund, LP ("Tannor") and counsel, seeking a third party Order in aid of execution pursuant to S.C. Code Ann. §15-39-440; and

IT APPEARING TO THE COURT that the Factory Direct, LLC, and Import Servicing, LLC, identified in the Motion may be indebted to the Judgment Debtor, Haining Home Craft Furniture Co., Inc. ("Haining Home Craft"), or may otherwise may be holding funds due to Haining Home Craft, that should be paid over to the Plaintiff;

NOW THEREFORE, IT IS HEREBY ORDERED that Factory Direct, LLC and Import Sourcing, LLC appear and answer concerning the alleged debt owing by Factory Direct and Import Sourcing to Defendant Haining Home Craft and that Factory Direct and Import Sourcing be directed pursuant to S.C. Code §15-39-440 to escrow, hold in trust,

and otherwise not dispose of any funds that may be due in relation to these matters pending further order of the Court; and

IT IS FURTHER ORDERED that the parties appear for a hearing at 9:30 a.m. on Friday, May 31, 2019, in Courtroom 1 at the McMillan Federal Building, 401 West Evans Street, Florence, South Carolina 29501.

IT IS SO ORDERED.

April 2, 2019  
Florence, South Carolina

s/ R. Bryan Harwell  
R. Bryan Harwell  
United States District Judge